ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
         - v. -               :
                              :
TAHIR ALI KHAN,               :          07 Cr. 711 (LAP)
     a/k/a "Waheed Khan,"     :
     a/k/a "Ali,"             :
     a/k/a "Haji,"            :
     a/k/a "Shan,"            :
FAYYAZ AHMED,                 :
ARIE BENSHIMON,               :
     a/k/a "the Jew,"         :
     a/k/a "Jewish Guy,"      :
NAVEED ALI BHINDAR,           :
     a/k/a "Sheikh,"          :
SYED HASSAN,                  :
MUHAMMAD ISHAQ,               :
     a/k/a "Saqa,"            :
BASHARAT JARRAL,              :
     a/k/a "Alex,"            :
NADEEM KHAN,                  :
GHULAM MEHMOOD,               :
     a/k/a "Mama,"            :
     a/k/a "Zafar,"           :
SHAHEEN MUKHTAR,              :
     a/k/a "Nick,"            :
QAISER QURESHI,               :
     a/k/a "Auntie,"          :
FRANKLIN RODRIGUEZ,           :
     a/k/a "Spanish Guy,"     :
     a/k/a "Chancey,"         :
SYED SHAH,                    :
     a/k/a "Charsi,"          :
     a/k/a "Chotu,"           :
     a/k/a "Joji,"            :
OSCAR SANCHEZ,                :
     a/k/a "Charsi,"          :
     a/k/a "Bank of America," :
MUHAMMAD SHARIF,              :
     a/k/a "Malik,"           :
PRADIPT SHARMA,               :
     a/k/a "the CitiBank      :
guy,"                         :

              Defendants.
- - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 7 2007

WHEREAS, the above-captioned indictment was returned on August 1, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 711 (LAP) be unsealed.


Dated: New York, New York
       August 27, 2007


SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**