# WARRANT FOR ARREST

## United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**FRANKLIN RODRIGUEZ, a/k/a "Spanish Guy," a/k/a "Chancey**

**DOCKET NO.:** S1 07 Cr. 711

**MAGISTRATE'S CASE NO.:**

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:**
FRANKLIN RODRIGUEZ, a/k/a "Spanish Guy," a/k/a "Chancey

**WARRANT ISSUED ON THE BASIS OF:**
[X] Indictment  [ ] Information  [ ] Order of Court  [ ] Complaint

**DISTRICT OF ARREST:** Southern District of New York

**CITY:** New York, NY

**TO:** ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Transportation of Stolen Vehicles, Possession and Sale of Stolen Vehicles, Conspiracy

**IN VIOLATION OF UNITED STATES CODE TITLE:** 18
**SECTION:** 371, 2312, 2313, 2

**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** HON. ~~HENRY B. PITMAN~~ ANDREW J. PECK, UNITED STATES MAGISTRATE JUDGE, SOUTHERN DISTRICT OF NEW YORK

**SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE):** [signature]

**DATE ORDERED:** AUG 13 2007

**CLERK OF COURT:** J. MICHAEL MCMAHON

**(BY) DEPUTY CLERK:** [signature]

**DATE ISSUED:**

## RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 08/15/07
**DATE EXECUTED:** 08/15/07

**NAME AND TITLE OF ARRESTING OFFICER:** Special Agent Dan Blount, FBI

**SIGNATURE OF ARRESTING OFFICER:** [signature]

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07