UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 4/21/08              │
└─────────────────────────────────┘
```

UNITED STATES OF AMERICA          :

        - v -                     :

TAHIR ALI KHAN,                   :          ORDER TO MODIFY
      a/k/a "Waheed Khan,"                   RESTRAINING ORDER
      a/k/a "Ali,"                :
      a/k/a "Haji,"
      a/k/a "Shan,"               :          S1 07 Cr. 711
FAYYAZ AHMED,
ARIE BENSHIMON,                   :
      a/k/a "the Jew,"
      a/k/a "Jewish Guy,"         :
NAVEED ALI BHINDAR,
      a/k/a "Sheikh,"             :
SYED HASSAN,
MUHAMMAD ISHAQ,                   :
      a/k/a "Saqa,"
BASHARAT JARRAL,                  :
      a/k/a "Alex,"
NADEEM KHAN,                      :
GHULAM MEHMOOD,
      a/k/a "Mama,"               :
      a/k/a "Zafar,"
SHAHEEN MUKHTAR,                  :
      a/k/a "Nick,"
QAISER QURESHI,                   :0
      a/k/a "Auntie,"
FRANKLIN RODRIGUEZ,               :
      a/k/a "Spanish Guy,"
      a/k/a "Chancey,"            :
SYED SHAH,
      a/k/a "Charsi,"             :
      a/k/a "Chotu,"
      a/k/a "Joji,"               :
OSCAR SANCHEZ,
      a/k/a "Charsi,"             :
      a/k/a "Bank of America,"
PRADIPT SHARMA,                   :
      a/k/a "the CitiBank guy,"
                                  :
              Defendants.
- - - - - - - - - - - - - - - - x

**WHEREAS**, on or about August 30, 2007, on application by the Government, a restraining order (the "Restraining Order") was issued against the following properties:

> all right, title and interest in the real property and appurtenances known as 964 Lake Circle, Hoover, Alabama 35244-3294, as well as any and all contents of that real estate property, including but not limited to furniture, furnishings, appliances, and electronics, including but not limited to those properties listed in Exhibit A

(collectively, the "Alabama Properties"), on the ground that there was probable cause to believe that said properties constitute or were derived from proceeds traceable to criminal activity including identification fraud, wire fraud, bank fraud, money laundering, and the transportation and sale of stolen vehicles;

**WHEREAS**, the Restraining Order precludes all persons and entities having knowledge of the order for transferring, selling, assigning, pledging, hypothecating, encumbering, or disposing of the Alabama Properties in any manner;

**WHEREAS**, Citibank, as mortgagee and transferee of an indebtedness secured by a mortgage on the real property located at 964 Lake Circle, Hoover, Alabama, intends to sell the property in a foreclosure sale on April 18, 2008 for the purpose of paying the indebtedness, which is in default; and

**WHEREAS**, the Government has applied for a modification to the Restraining Order in order to permit the foreclosure sale

2

to proceed and in order to appraise and seize the properties
listed in Exhibit A;

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The foreclosure sale by Citibank is not prohibited
by the Restraining Order.

2.    Law enforcement officials are authorized to enter
the residence, located at 964 Lake Circle, Hoover, Alabama,
35244-3294, within ten (10) days of the date of this order, for
the purpose of conducting an appraisal of the furniture,
furnishings, appliances, electronics, and other contents of said
residence, including but not limited to those properties listed
in Exhibit A.

3.    Law enforcement officials are authorized to enter
the residence, located at 964 Lake Circle, Hoover, Alabama,
35244-3294, within ten (10) days of the date of this order, and
take possession of the properties listed in Exhibit A.

So Ordered:

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

April 18, 2008

3

# EXHIBIT A
## Partial Inventory of Items Observed at 964 Lake Circle, Hoover, Alabama on August 15, 2007

| Location | Item |
| --- | --- |
| Guest Room 1 | Wood bed frame with headboard |
| | Mattress and Boxspring |
| | Two Wood night tables |
| | Two Gold and Crystal lamps |
| | Wood dresser with mirror |
| | Tall wood dresser |
| | Area Rug |
| Living Room | Brown and beige window drapes |
| | Taupe/Yellow leather sofa |
| | Taupe/Yellow leather chair |
| | Taupe/Yellow leather chaise lounge |
| | Five gold and crystal coffee tables |
| | Two Beige leather sofas |
| | Beige leather chair |
| | 70" flat screen television |
| | DVD player |
| | Surround sound system with speakers |
| | Coffee Table |
| | Two ceiling fans |
| | Carpeting |
| | Two area rugs |
| | Large blue fountain |
| | Ceramic type fountai |
| Dining Room | Dining Table with 8 chairs |
| | Wood china cabinet with china |
| | Wood bench |
| | Crystal chandelier |
| | Large vase |
| | Marble/granite flooring |
| Child's Room | Dark wood dresser with mirror |
| | Two area rugs |
| Entryway | White Table with mirror |
| | Crystal chandelier |
| | Marble/granite flooring |
| Kitchen | Refrigerator |
| | Range with hood |
| | Dishwasher |
| | Two Ovens |
| | Trash compactor |
| | Marble/granite flooring |

|  | Microwave |
|  | Seven white chairs |
|  | Wall clock |
|  | Skylight |
| Master Bedroom | Bed Frame with mattress and mirrored headboard |
|  | Two attached side tables with glass shelves and mirrors |
|  | Dresser with glass shelf and mirror |
|  | Crib |
|  | Carpeting |
|  | Four area rugs |
|  | Blue recliner |
|  | Three drawers of assorted jewelry |
| Wood Deck | Gas Grill |
|  | Metal Table with four metal chairs |
|  | Glass top table with four black chairs |
|  | Pontoon Boat |
|  | Satellite dish |
| Front of House | Large stone lion |
|  | Three tier stone fountain |
| Laundry Room/Garage | Two dryers |
|  | Washing machine |
| Guest Room 2 | Two area rugs |
|  | Dark leather sectional couch |
|  | Two glass top tables |
|  | Dark wood bed frame with headboard and mattress |
|  | Two dark wood night tables |
|  | Dark wood dresser with mirror |
|  | Tall dark wood dresser |
|  | Wood wall hanging |
| Upstairs | Glass top table with six chairs |
|  | Two blue couches |