```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
      - v. -                    :   WAIVER OF INDICTMENT
                                :
FRANKLIN RODRIGUEZ,             :   S2 07 Cr. 711 (LAP)
     a/k/a "Spanish Guy,"       :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 1 2008

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1028, 1349, and 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
FRANKLIN RODRIGUEZ

_____  _____
SAMMY SANCHEZ, ESQ.              Witness
Attorney for Franklin Rodriguez

Witness: _____

Date:   New York, New York
        ~~June ___, 2007~~
        July 1, 2008